**DISMISS and Opinion Filed February 20, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-01276-CV

### PSHATOIA LAROSE, Appellant
### V.
### WALMART, INC., Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-10308**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Goldstein
Opinion by Justice Molberg

Appellant appeals from the trial court's interlocutory order transferring venue to Fort Bend County, Texas. On December 27, 2023, we sent a letter to the parties questioning our jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 15.064(a); TEX. R. CIV. P. 87(6) (trial court's venue determination not subject to interlocutory appeal). We directed appellant to file a jurisdictional brief no later than January 9, 2024, and cautioned her that the appeal was subject to dismissal without further notice should she fail to file the requested letter brief. To date, appellant has not complied.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

231276f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

PSHATOIA LAROSE, Appellant

No. 05-23-01276-CV     V.

WALMART, INC., Appellee

On Appeal from the 160th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-23-10308. Opinion delivered by Justice Molberg. Justices Pedersen, III and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 20th day of February, 2024.